# Court of Appeals
# of the State of Georgia

ATLANTA,___May 17, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1681. JOHNNY LEAMON HAMILTON v. THE STATE.**

In 2011, Johnny Hamilton was convicted in state court of operating a vehicle without brake lights. On April 8, 2013, he filed a pro se notice of appeal from his conviction. We lack jurisdiction.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal. "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995). Because Hamilton's notice of appeal was untimely, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/17/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*